IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY JON LINDSAY,<br><br>Defendant. | CR 21-36-M-DLC<br><br>ORDER |

Defendant Zachary Jon Lindsay is set to appear by zoom at his change of plea hearing on October 19, 2021 at 1:30 p.m. in Missoula. The United States Marshal has notified the Court that Covid-related conditions have improved at the Cascade County Detention Facility, which means that Defendant will be transported to Missoula so that he can appear in person for his change of plea hearing.

IT IS SO ORDERED.

DATED this 15th day of October, 2021.

Kathleen L. DeSoto
United States Magistrate Judge

1