IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY JON LINDSAY,<br><br>Defendant. | CR 21–36–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 33.) Mr. Lindsay has been adjudged guilty as charged in Count II of the Indictment. (Doc. 35.) As such, there is a factual basis and cause to issue a preliminary order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED the motion (Doc. 33) is GRANTED.

IT IS FURTHER ORDERED that Mr. Lindsay's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- 19 rounds of assorted 22 caliber ammunition.

IT IS FURTHER ORDERED the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall seize the property

1

subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture and in any event this Order shall become final as to Mr. Lindsay at sentencing and is incorporated into any judgment issued in this case pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)–(B).

DATED this 8th day of November, 2021.

_____
Dana L. Christensen, District Judge
United States District Court