IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY JON LINDSAY,<br><br>Defendant. | CR 21–36–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture.  (Doc. 38.)  This Court previously entered a preliminary order of forfeiture.  (Doc. 36.)  It appears all known interested parties were provided an opportunity to respond, and that publication has been performed as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1).  (Doc. 39.)

Accordingly, IT IS ORDERED the motion (Doc. 38) is GRANTED.

IT IS FURTHER ORDERED that judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

• 19 rounds of assorted 22 caliber ammunition

IT IS FURTHER ORDERED that the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

1

DATED this 1st day of February, 2022.

Dana L. Christensen, District Judge
United States District Court