IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY JON LINDSAY,<br><br>Defendant. | CR 21–36–M–DLC<br><br><br>ORDER |

Before the Court is Defendant Zachary Jon Lindsay's Unopposed Motion to File Defendant's Statement of Acceptance of Responsibility. (Doc. 44.) Mr. Lindsay seeks leave to file a statement of acceptance of responsibility. (*Id.*) The United States does not object. (*Id.* at 2.)

Accordingly, IT IS ORDERED the motion (Doc. 44) is GRANTED. Mr. Lindsay may file a statement of acceptance of responsibility.

DATED this 3rd day of February, 2022.

Dana L. Christensen, District Judge
United States District Court