IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–36–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ZACHARY JOHN LINDSAY, | |
| Defendant. | |

The United States has moved to release copies of certain items in the custody and control of the United States Probation Office to the United States Attorney's Office and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

Accordingly, IT IS ORDERED that the motion to release electronic copies (Doc. 93) is GRANTED. The Clerk is directed to notify Probation of the issuance of this order.

DATED this 23rd day of February, 2026.

_____
Dana L. Christensen, District Judge
United States District Court